UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-24606-WILLIAMS/SIMONTON

**ILIANA AMPARO GARCIA,** and all others
similarly situated under 29 U.S.C. 216(b),

      Plaintiff,

vs.

**HAIR DIMENSIONS OF MIAMI
CORPORATION,
CARLOS VELARDE,
MAXIMA JOBITA VELARDE,**

      Defendants.
_____/

## DEFENDANTS' AGREED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Defendants Hair Dimensions of Miami Corporation, Carlos Velarde, and Maxima Jobita Velarde ("Defendants") move for an Order approving the signed Settlement Agreement, attached hereto as Exhibit "1" and dismissing this action with prejudice. Counsel for Defendants has conferred with Plaintiff, who agrees to the relief requested herein.

## MEMORANDUM OF LAW

Defendants request approval of the Settlement Agreement (Exhibit 1 hereto) to ensure its enforceability, pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Defendants also seek dismissal of this case with prejudice. The parties agree that the attached Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. For the convenience of the Court, a proposed order is attached hereto and concurrently emailed to the Court in a Word format.

1

**WHEREFORE,** the Defendants with the agreement of Plaintiff request an Order (1) approving the Settlement Agreement (Exhibit 1 hereto); and (2) dismissing this case with prejudice.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, and Plaintiff agrees to the relief requested in this motion.

Respectfully submitted,

Mavrick Law Firm
Attorneys for Defendant
Hair Dimensions of Miami Corporation,
Carlos Velarde, and
Maxima Jobita Velarde
1620 West Oakland Park Boulevard
Suite 300
Fort Lauderdale, Florida  33311
Telephone: (954) 564-2246
Peter T. Mavrick, Esq.
E-mail: peter@mavricklaw.com
Victor M. Velarde, Esq.
E-mail: vvelarde@mavricklaw.com

BY: s/Peter T. Mavrick
Peter T. Mavrick
Florida Bar No.: 0083739
Victor M. Velarde
Florida Bar No.: 0105620

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served on March 9, 2016 by U.S. Mail on Plaintiff Iliana Amparo Garcia, 12991 S.W. 135 Terrace, Miami, Florida 33186.

BY: s/Peter T. Mavrick
Peter T. Mavrick
Florida Bar No.: 0083739