## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 15-CV-24606-WILLIAMS/SIMONTON

**ILIANA AMPARO GARCIA,** and all others
similarly situated under 29 U.S.C. 216(b),

      Plaintiff,

vs.

**HAIR DIMENSIONS OF MIAMI**
**CORPORATION,**
**CARLOS VELARDE,**
**MAXIMA JOBITA VELARDE,**

      Defendants.

_____/

### SETTLEMENT AGREEMENT

Plaintiff Iliana Amparo Garcia ("Plaintiff") and Defendants Hair Dimensions of Miami Corporation, Carlos Velarde, and Maxima Jobita Velarde (collectively, "Defendants"), hereby agree upon this settlement ("Agreement") as follows:

### Definitions

a.    The "action" shall mean Iliana Amparo Garcia v. Hair Dimensions of Miami Corporation, Carlos Velarde, and Maxima Jobita Velarde, Case Number: 15-CV-24606-WILLIAMS/SIMONTON, pending in the United States District Court for the Southern District of Florida. Plaintiff and Defendants shall be referred to as the "Parties."

b.    "Plaintiff" shall mean Iliana Amparo Garcia, and her heirs, executors, administrators, agents, attorneys, beneficiaries, successors in interest and assignees.

1

_____
Iliana Amparo Garcia

_____
Carlos Velarde

_____
Maxima Jobita Velarde, individually and as
President of Hair Dimensions of Miami Corporation

_____
Page 1 interpreted to Plaintiff from English to Spanish
by Certified Federal Spanish Interpreter

c.     Defendant Hair Dimensions of Miami Corporation shall include Hair Dimensions of Miami Corporation and its predecessors and successors in interest, assignees, parents, subsidiaries, parent corporations, any other corporation or legal entity owned or controlled by Hair Dimensions of Miami Corporation, and its past and present officers, directors, supervisors, managers, agents, attorneys and representatives, in their individual and official capacities, and their heirs and legal representatives.

d.     Defendant Carlos Velarde shall include Carlos Velarde and his heirs, executors, administrators, agents, attorneys, beneficiaries, successors in interest and assignees.

e.     Defendant Maxima Jobita Velarde shall include Maxima Jobita Velarde and her heirs, executors, administrators, agents, attorneys, beneficiaries, successors in interest and assignees.

### Agreement and General Releases

1.     This Agreement is conditioned on Court approval of this Agreement.

2.     Each and every recital above is fully and expressly incorporated herein.

3.     The Parties recognize that Defendants do not admit, but rather specifically deny, any liability to Plaintiff, or to anyone else as a result of or growing out of matters set forth in the pleadings of the Plaintiff in the action.

4.     To settle this case, Defendants shall make the following payments to Plaintiff:

a.     One check for $1,500 (Check No. 4111) payable to Plaintiff for overtime wages, minimum wages, and any other wages; and

2

_____
Iliana Amparo Garcia

_____
Carlos Velarde

_____
Maxima Jobita Velarde, individually and as
President of Hair Dimensions of Miami Corporation

_____
Page 2 interpreted to Plaintiff from English to Spanish
by Certified Federal Spanish Interpreter

      b.     One check for $1,500 (Check No. 4087) payable to Plaintiff for liquidated damages.

5.     Provided the Court first approves this Agreement, Defendants agree to pay Jaime H. Zidell, Esq. $2,000 as Plaintiff's attorney's fees and costs as follows: within 5 business days of the Court's Approval of this Agreement, Defendants shall deliver to J.H. Zidell, P.A. one check payable to "J.H. Zidell, P.A." for Two Thousand and 0/100 Dollars ($2,000), and J.H. Zidell, P.A. (Tax ID No. 65-0534326) shall be issued a Form 1099.

6.     Plaintiff acknowledges that she has been paid in full for wages owed and liquidated damages.  Apart from this Agreement, Defendants do not presently owe Plaintiff any money. Plaintiff is hereby advised in writing to consult with an attorney of her choice regarding this Agreement.  Plaintiff has opted to not receive legal advice from Jaime H. Zidell, Esq. or J.H. Zidell, P.A. regarding this Agreement.

7.     The Parties shall file a joint stipulation of voluntary dismissal of this lawsuit with prejudice upon Jaime H. Zidell, Esq.'s receipt of the settlement payment pursuant to Paragraph 5 of this Agreement, unless the action is dismissed with prejudice by the Court.

8.     It is further understood and agreed that the settlement payment, and other good and valuable consideration provided for herein, are not mere recitals, but are the consideration for this Agreement.

9.     This Agreement cannot be modified, altered or changed except by a writing signed by the Parties wherein specific reference is made to this Agreement.

3

_____
Iliana Amparo Garcia

_____
Carlos Velarde

_____
Maxima Jobita Velarde, individually and as
President of Hair Dimensions of Miami Corporation

Page 3 interpreted to Plaintiff from English to Spanish
by Certified Federal Spanish Interpreter

10.     This Agreement constitutes a single integrated contract expressing the entire agreement of the Parties hereto. There is no other agreement or understanding, written or oral, expressed or implied, among the Parties hereto concerning the subject matter hereof, except the agreements set forth in this Agreement.

11.     Wording of all parts of this Agreement shall be construed as a whole according to its fair meaning.  The Parties agree that in the event of any ambiguity, this Agreement shall not be construed against any party.

12.     This agreement may be signed in counterparts, PDF copies to be considered original.  This Agreement shall consist of two duplicate originals: one duplicate original shall be for Plaintiff, and one duplicate original shall be for Defendants.

13.     Plaintiff acknowledges that the terms of this Agreement have been interpreter to her from English to Spanish by a Certified Federal Spanish Interpreter, and Plaintiff understands the terms of this Agreement.

4

Iliana Amparo Garcia

Carlos Velarde

Maxima Jobita Velarde, individually and as
President of Hair Dimensions of Miami Corporation

Page 4 interpreted to Plaintiff from English to Spanish
by Certified Federal Spanish Interpreter

**As to Plaintiff ILIANA AMPARO GARCIA:**

Date: 03/08/16

_____
ILIANA AMPARO GARCIA

**As to Defendants:**

**HAIR DIMENSIONS OF MIAMI CORPORATION,
and MAXIMA JOBITA VELARDE**

Date: 03-08-16

By: _____
MAXIMA JOBITA VELARDE
On behalf of herself individually
and as President of
HAIR DIMENSIONS OF MIAMI
CORPORATION

**As to Defendant CARLOS VELARDE**

Date: 3-8-2016

_____
CARLOS VELARDE

**As to CERTIFIED FEDERAL INTERPRETER:**

**I HEREBY CERTIFY THAT THIS AGREEMENT HAS BEEN INTERPRETED TO PLAINTIFF ILIANA AMPARO GARCIA FROM ENGLISH TO SPANISH, AND ILIANA AMPARO GARCIA HAS ACKNOWLEDGED SHE UNDERSTANDS THE TERMS OF THIS AGREEMENT.**

Date: 3/8/16

_____
CERTIFIED FEDERAL SPANISH
INTERPRETER

_Abner Ramirez-Canto_
Name