UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24606-CIV-WILLIAMS

ILIANA GARCIA,

    Plaintiff,

vs.

HAIR DIMENSIONS OF MIAMI
CORP., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court upon Magistrate Judge Andrea M. Simonton's report and recommendation. (DE 30). In her Report, Judge Simonton recommends that Defendants' Agreed Motion for Approval of Settlement Agreement (DE 25) be granted, finding that the settlement agreement is a fair and reasonable resolution of the Parties' dispute regarding Plaintiff's claims brought under the Fair Labor Standards Act. No objections to the Report were filed, and the time to do so has passed.

Therefore, upon an independent review of the Report, the record and applicable case law, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report are **AFFIRMED AND ADOPTED**.
2. Defendants' Agreed Motion for Approval of Settlement Agreement (DE 25) is **GRANTED**.
3. The Parties' Settlement Agreement (DE 25-2) is **APPROVED**.
4. This action is **DISMISSED WITH PREJUDICE**, each side to bear its own fees and costs except as otherwise provided in the Settlement Agreement.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 24th day of June, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE